Fill in this information to identify your case:

Debtor 1    **Ira**          **John**          **Bishop, Jr**
            First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____**Central**_____   District of   **Illinois**

Case number   **24-90576**
(if known)

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **64 E. Ford Harris Road Champaign, IL 61822** | **$220,000.00** | ☑ **$15,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| Line from *Schedule A/B:* **1.1** | | ☑ **$15,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-902** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ❑ No
      ❑ Yes

Debtor 1   __Ira_____ __John_____ __Bishop, Jr_____   Case number *(if known)* __24-90576_____
          First Name      Middle Name      Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Two living room tables and a television stand**<br><br>Line from *Schedule A/B:* __6__ | **$75.00** | ☑ __$75.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Blue recliner, worn**<br><br>Line from *Schedule A/B:* __6__ | __$10.00__ | ☑ __$10.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Leather couch**<br><br>Line from *Schedule A/B:* __6__ | __$75.00__ | ☑ __$75.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Side table**<br><br>Line from *Schedule A/B:* __6__ | __$30.00__ | ☑ __$30.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Firewood**<br><br>Line from *Schedule A/B:* __6__ | __$100.00__ | ☑ __$100.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Whirlpool oven**<br><br>Line from *Schedule A/B:* __6__ | __$75.00__ | ☑ __$75.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Dishwasher**<br><br>Line from *Schedule A/B:* __6__ | __$10.00__ | ☑ __$10.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Miscellaneous kitchen utensils and appliances**<br><br>Line from *Schedule A/B:* __6__ | __$25.00__ | ☑ __$25.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

| Debtor 1 | Ira | John | Bishop, Jr | Case number *(if known)* **24-90576** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Small television**<br>Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$25.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **45" Television**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Light wooden dresser**<br>Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$20.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Two filing cabinets and metal shelf**<br>Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$30.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Trundle bed**<br>Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$10.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Locking upright metal cabinets**<br>Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$30.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Wooden chest / saw horses / baby chair**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Wooden storage cabinet**<br>Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$20.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Personal Safe**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

| Debtor 1 | Ira | John | Bishop, Jr | | Case number *(if known)* **24-90576** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Outdoor Furniture**<br>Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$30.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Kitchen table and chairs**<br>Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$30.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Wooden Desk**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Wheelchair**<br>Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$10.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Dresser**<br>Line from *Schedule A/B:* **6** | **$15.00** | ☑ **$15.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Hospital Table**<br>Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$20.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Desk Chair**<br>Line from *Schedule A/B:* **6** | **$10.00** | ☑ **$10.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Hoyer Lift**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Busey Bank - Checking Account (Joint with Janice Gilmore)**<br>**Checking account**<br>**Acct. No.: XXXXXX Xn 54**<br>Line from *Schedule A/B:* **17** | **$1,150.00** | ☑ **$1,150.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407**<br><br>**735 ILCS 5/12-1001(b)**<br><br>**735 ILCS 5/12-1001(g)(1), (2), (3)** |

Debtor 1   **Ira**            **John**              **Bishop, Jr**              Case number *(if known)* **24-90576**
           First Name      Middle Name        Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **Personal Firearms Sales and Service, Inc.**<br><br>Line from *Schedule A/B:* **19** | **$40,000.00** | ☑ **$3,100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **100% ownership in Locksmith Services C-U Inc., an Illinois corporation**<br><br>Line from *Schedule A/B:* **19** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |