UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| IRA JOHN BISHOP, | ) | Case No. |
| | ) | 24-90576 Ch. 7 |
| | ) | |
| DEBTOR, | ) | |
| | ) | |
| ROGER MILLER, | ) | Adversary No. |
| PLAINTIFF, | ) | |
| v. | ) | |
| IRA JOHN BISHOP, | ) | |
| DEFENDANT, | ) | |

## ADVERSARY COMPLAINT

### JURISDICTION AND VENUE

1. This Court has Jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. 157 and 1334(b), 11 U.S.C. 105 and Federal Rules of Bankruptcy Procedure 7001.
2. Venue in this District is proper pursuant to 28 U.S.C. 1408 and 1409 as this adversary proceeding arises under and in connection with a case under Chapter 7 of the bankruptcy code that is pending in this district.
3. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(a)(o).

### COUNT I – DECLARATORY JUDGMENT

4. Plaintiff is an individual residing in Champaign County, Illinois
5. Defendant was an individual residing in Champaign County, Illinois.
6. Ira John Bishop was the sole owner of Personal Firearms Sales and Service, Inc. located at 64 E. Ford Harris Road, Champaign, Illinois, the home of the Debtor/Defendant.
7. Plaintiff and Defendant had been friends and business colleagues for numerous years. Over the years of that friendship and business relationship, Plaintiff made multiple loans to Defendant, in cash, totaling approximately $20,000.00. That consisted of $4000 to make repairs to Defendant's service truck, $10,000 to purchase a new service truck, and $5000 for personal and professional expenses.
8. In March of 2023, Defendant asked for another loan from the Plaintiff in the amount of $30,000.00, which the Defendant asked be reduced to writing, and in recognition of lack of repayment for the previous loans.
9. On or about March 9, 2023, Plaintiff and Defendant entered into a contract for sales of business, accompanied by a promissory note for repayment, in which Defendant agreed to sell a business, including all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork and

anything having to do with Firearms Sales and Servicing to Plaintiff. A copy of the contract and note is attached hereto as "Exhibit A".

10. The contract included payment by Plaintiff to Defendant of $60,000 for purchase of the business which included the loans that Plaintiff had made to Defendant. Defendant requested that Plaintiff be paid via acquisition, access and possession of the gun collection business, Personal Firearms Sales and Service, Inc. since Defendant had been unable to pay or repay the previous loans totaling approximately $30,000.

11. Throughout 2023, Defendant made monthly scheduled repayments in the amount of $608.29 per the payment schedule established for the loan in the contract.

12. In January of 2024, Defendant suffered a serious car accident which left him hospitalized and facing health issues. As a result of his health condition, Defendant was unable to make any further payments on the contract to Plaintiff.

13. In February of 2024, Defendant contacted Plaintiff about his inability to pay and asked that Plaintiff implement the provision of the contract granting Plaintiff access to and acquisition of the business.

14. On or about February 28, 2024 Defendant then executed an acknowledgement of full contract payment in grant of access, a copy of which is attached hereto and marked "Exhibit B".

15. Plaintiff was unable to obtain or retain possession of the business and its inventory.

16. That Defendant breached his agreement with the Plaintiff since a valid and enforceable contract was created by the parties, and which Defendant failed to carry out.

17. Plaintiff filed a Complaint for Temporary Injunction, a copy of which is attached hereto marked "Exhibit C", and the Circuit Court of Champaign County, Illinois, granted the Motion entering an order regarding possession of the gun collection.

18. That all of Plaintiff's attempts to secure the benefit of the contract and possession of the gun collection were unsuccessful and after the Circuit Court of Champaign County entered its order, Defendant filed his Petition for Chapter 7 Bankruptcy.

19. Plaintiff carried out all the terms of his agreement with the Defendant, and although Defendant signed an acknowledgement that the contract had been carried out, Defendant then refused to carry out the remaining terms of the agreement requiring him to turn over possession of the gun collection.

20. An actual justiciable controversy exists as to whether the contract was fully performed and Plaintiff is entitled to possession of the property.

21. That Plaintiff is entitled to a judicial determination that the contract was fully performed and that he is entitled to possession of the gun collection, and that the property is not property of the debtor's estate.

WHEREFORE, the Plaintiff seeks judgment as follows: A) That the contract between Plaintiff and Defendant was fully performed; B) that Plaintiff is entitled to possession of the property which is held pursuant to State Court Order by Darren Giles; C) that the gun collection is not property of the Debtor's estate under 11 U.S.C. 541(a); D) and any other relief that the Court deems just and proper.

2

## COUNT II – BREACH OF CONTRACT

Plaintiff realleges and restates paragraphs 4-16 of Count I for paragraphs 4-19 of Count II.

20. That Defendant breached the terms of its agreement with the Plaintiff by failing to complete the transaction by delivering the guns and other property specified in the contract to the Plaintiff.

WHEREFORE, the Plaintiff moves the Court to grant judgment in his favor and against the Defendant finding that the contract between Plaintiff and Defendant was fully performed; that Plaintiff is entitled to possession of the property which is held pursuant to State Court Order by Darren Giles; that the gun collection is not property of the Debtor's estate under 11 U.S.C. 541(a); and any other relief that the court deems just and proper.

Roger Miller, Plaintiff

By: _____
Rochelle A. Funderburg

Rochelle A. Funderburg
ARDC#: 6180510
Meyer Capel, a Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL 61826-6750
Phone: (217) 352-1800
rfunderburg@meyercapel.com

3

**EXHIBIT**

**A**

Docld:8439623
Tx:4184342

2023R02959
REC ON: 03/10/2023 02:55:12 PM
CHAMPAIGN COUNTY
AARON AMMONS
REC FEE: 52.00
RHSPS FEE: 9.00
STATE TAX:
COUNTY TAX:
PLAT ACT:
PAGES: 3

*Other Deed*

## Document Name

*Prep by & Ret to:*
*Roger Miller*
*2611 N. Cardinal Rd.*
*Champaign, Il. 61822*

## Aaron Ammons

## Champaign County Clerk & Recorder

## 1776 E. Washington Street

## Urbana, IL 61802

## (217)384-3774

## CONTRACT FOR SALE OF BUSINESS

This contract is for the purchase of a firearm sales and service business to be located and maintained at 64 E. Ford Harris Road, Champaign, Illinois  61822 known as Personal Firearms Sales and Service, Inc.  The business shall be maintained as is by John Bishop with no changes at present, for the sum of $60,000.

This sale includes all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork, and anything having to do with firearms sales and servicing.

$30,000.00  shall be paid up front, and 100 % possession to Roger Miller on payment in full.

John Bishop                                                      Date 3/9/2023

Subscribed and sworn to before me this 9th day of March, 2023.

Notary Public

My commission Expires:  12/21/2026

OFFICIAL SEAL
BONNIE L DELIO
NOTARY PUBLIC. STATE OF ILLINOIS
MY COMMISSION EXPIRES  12/21/2026



02/16/2023      3433                        856.87

4000

A promissory note for $60,000, due in 10 years to be paid in full, no interest.

Paid by cash

Paid by 80% of original inventory of business, Personal Firearms, Sales and Service, Inc.

Paid by 20% of inventory purchased for sale.

This money will be applied once a month to the note.

Balance to be paid in full September 1, 2036

**100% of the Personal Firearms business will be owned by Keith Hall when note paid in full**

**Succession of note holders:  Roger Miller, Joan Miller, Patricia Rountree, David Miller, Guns Save Life**

**Carle**

Carle Foundation Hospital
Wound Healing and Limb Preservation Center

(217) 326-4325 (HEAL)
www.carlewoundhealing.com

A Promise cery Note for 60,000.00
open till Pd in full Due in 12 years no interest
Promise cery note to 60,000.00 Pay for see attached
cash or 80% of all sales of original bought Inventory 20%
back in Business Boughton guns Supply + anything from store
10% of sales 90% Back to store all Labor 100% to Keith Hall
will own + Manage 100% of the Business when I Roger Miller
Dyer then Joan Miller will receive all money until Pd
Joan Dyer David Miller will Receive all money until Pd
Dyer Patricia will Receive all money until Pd
Patricia Dyer Keith Hall the note or Pd in full

Note is also Included other Security

Note Due in 12 years     no interest

EXHIBIT
**B**

2

DocId:8464609
Tx:4199459

2024R02512
REC ON: 02/29/2024 10:22:50 AM
CHAMPAIGN COUNTY
AARON AMMONS
REC FEE: 52.00
RHSPS FEE: 18.00
STATE TAX:
COUNTY TAX:
PLAT ACT:
PAGES: 2

*Release.*

**Document Name**.

**Aaron Ammons**

**Champaign County Clerk & Recorder**

**1776 East Washington Street**

**Urbana, Illinois 61802**

**(217)384-3774**

PREP BY & RETURN TO.(6)
Roger Miller
5112 Trouthalee Dr
Champaign Ill
61822

### ACKNOWLEDGMENT OF FULL CONTRACT PAYMENT
### AND
### GRANT OF ACCESS

The full purchase price of $60,000.00 as stated in the CONTRACT FOR SALE OF BUSINESS dated March 9, 2023, concerning the sale of the business owned by John Bishop known as Personal Firearms Sales and Service, Inc. located at 64 E. Ford Harris Road, Champaign, Illinois and has been **fully paid** by the buyer, Roger W. Miller.

The above Contract states that upon payment in full, Roger W. Miller shall be entitled to possession of "all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork, and anything having to do with firearms sales and servicing" of the business being purchased.

Having received payment in full of the above Contract, John Bishop hereby grants Roger W. Miller (and his agents) full, unencumbered access to the premises located at 64 E. Ford Harris Road, Champaign, Illinois, at anytime for the purpose of taking possession of all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork, and anything having to do with firearms sales and servicing of the business known as Personal Firearms Sales and Service, Inc.  In addition, John Bishop shall do everything necessary to fully accomplish the transfer of title of the above items to Roger W. Miller.

Dated: _____ , __2/28/2024__ .

_____
John Bishop, Owner/Seller

Subscribed and sworn to before me on this __28th__ day of __February__ , __2024__ .

_____
Notary Public

My commission expires:____12/21/2026____

OFFICIAL SEAL
BONNIE L DELIO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/21/2026

Docid:84646L09
Tx:4199459

2024R02512
REC ON: 02/29/2024 10:22:50 AM
CHAMPAIGN COUNTY
AARON AMMONS
REC FEE: 52.00
RHSPS FEE: 18.00
STATE TAX:
COUNTY TAX:
PLAT ACT:
PAGES: 2

Release

**Document Name**

**Aaron Ammons**

**Champaign County Clerk & Recorder**

**1776 East Washington Street**

**Urbana, Illinois 61802**

**(217)384-3774**

PREP BY & RETURN TO. (6)
Roger Miller
5112 Trouthalee Dr
Champaign Ill       61822

## ACKNOWLEDGMENT OF FULL CONTRACT PAYMENT
## AND
## GRANT OF ACCESS

The full purchase price of $60,000.00 as stated in the CONTRACT FOR SALE OF BUSINESS dated March 9, 2023, concerning the sale of the business owned by John Bishop known as Personal Firearms Sales and Service, Inc. located at 64 E. Ford Harris Road, Champaign, Illinois and has been **fully paid** by the buyer, Roger W. Miller. ✻ 2023R02959

The above Contract states that upon payment in full, Roger W. Miller shall be entitled to possession of "all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork, and anything having to do with firearms sales and servicing" of the business being purchased.

Having received payment in full of the above Contract, John Bishop hereby grants Roger W. Miller (and his agents) full, unencumbered access to the premises located at 64 E. Ford Harris Road, Champaign, Illinois, at anytime for the purpose of taking possession of all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork, and anything having to do with firearms sales and servicing of the business known as Personal Firearms Sales and Service, Inc. In addition, John Bishop shall do everything necessary to fully accomplish the transfer of title of the above items to Roger W. Miller.

Dated: _____ , 2/28/2024

_____
John Bishop, Owner/Seller

Subscribed and sworn to before me on this 28th day of February , 2024.

_____
Notary Public

My commission expires:____12/21/2026____

OFFICIAL SEAL
BONNIE L DELIO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/21/2026

2.29.2024

MR Miller,

This is a certified copy
for the Release.

The document number being
released was not typed for
recording.

Document number is handwritten
on 2nd Pg. 2023R02959.

It is and has been updated
in our System with the recording
document number referencing
to 2023R02959 being Release.

*Certified Stamp & Signatures
on Backside of Page 2.

Thank Yu.



RECORDER OF DEEDS
OFFICIAL
SEAL
CHAMPAIGN COUNTY IL

I certify that this is a copy of an instrument recorded in my office.

Aaron Ammons

Aaron Ammons Champaign Co. Clerk/Recorder

Date 2.29.2024　Deputy

**EXHIBIT**

**C**

**FILED**

SIXTH JUDICIAL CIRCUIT

8/9/2024 9:37 AM
By: RP

*Susan W. McGrath*

CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS**

|  |  |
|---|---|
| ROGER MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2024-LA-000107 |
| JOHN BISHOP, | ) |
| Defendant. | ) |

**ORDER**

**(For Temporary Restraining Order Pursuant to 735 ILCS 5/11-101)**

THIS MATTER, coming before the Court on Plaintiff ROGER MILLER's Emergency Petition for Temporary Restraining Order and Preliminary Injunction dated July 5, 2024, Plaintiff appearing by and through his attorney Cari Rincker, Esq. of Rincker Law, PLLC and Defendant not appearing personally or through counsel, the Court, having heard the arguments presented herein and being otherwise fully advised of the premises, hereby FINDS as follows:

1. Plaintiff filed his Complaint dated June 28, 2024, which included his verification.

2. Said Complaint attached the Contract for Sale of Business as Exhibit A noting the "purchase of firearm sales and service business" known as Personal Firearms Sales and Service, Inc. located at 64 E. Ford Harris Road, Champaign, Illinois 61822 (the "Premises").

3. Said sale, as noted in Exhibit A, shall include "all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork and anything having to do with firearms sales and servicing" the business (collectively, the "Property").

Temporary Restraining Order
Page 1 of 3

4. Payment terms noted in Exhibit A stated that $30,000 (out of $60,000) is to be paid up front and "100% of possession to Roger Miller on payment in full."

5. Said Contract for Sale of Business was signed and acknowledge in Exhibit A by John Bishop.

6. Said Complaint also attached the "Acknowledgement of Full Contract Payment and Grant of Access" as Exhibit B noting that the full payment was received by Defendant noting his entitlement to "all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork and anything having to do with firearms sales and servicing" of Personal Firearms Sales and Service, Inc. and immediately granting him access to the Premises for the possession of same.

7. Plaintiff has reason to believe that if not restrained, that Defendant will continue to exclusively possess and or sell the Property.

8. Immediate and irreparable injury, loss or damage is likely to occur if a Temporary Restraining Order is not granted as to the Property.

9. Plaintiff has a clear and ascertainable right in need of protection of the Property.

10. Plaintiff has no adequate remedy at law to prevent the further destruction and nature of the Property.

11. Plaintiff will be immediately and irreparably damaged if Defendant is allowed to exercise control over the Property as he has no access to said Property that he has paid in full.

12. Based upon the verified Complaint, Plaintiff has a likelihood of success and the need for Temporary Restraining Order outweighs any possible injury the Defendant might suffer.

13. This Order is necessary to preserve the status quo during the pendency of this action.

Temporary Restraining Order
Page 2 of 3

IT IS THEREFORE ORDERED:

A.     Plaintiff's request for a Temporary Restraining Order (TRO) is granted effective as of August 8, 2024 at 1:55pm.

B.     Defendant must immediately allow Plaintiff access to the Premises located at 64 E Ford Harris Road, Champaign, Illinois and provide access to and transfer "all inventory, firearms, ammunition, shell loading equipment, computers, office equipment, files, licenses, books, manuals, parts, paperwork and anything having to do with firearms sales and servicing" of Personal Firearms Sales and Service, Inc.

C.     Said transfer shall take place with the supervision of the Champaign County Sheriff's office at a time to be arranged by the parties *and coordinated with the Sheriff.*

D.     The hearing on Plaintiff's request for a Preliminary Injunction will be heard on August 13, 2024 at 2pm in Courtroom F at the Champaign County Courthouse, 101 E Main Street, Urbana, Illinois. The Temporary Restraining Order will dissolve at this time.

Entered: _August 9 2024_                          _____
                                                               Judge

*Prepared By:*

Cari Rincker, Esq.
Rincker Law, PLLC
Attorney for Plaintiff
301 N Neil Street, Suite 400
Champaign, IL 62565
(217) 531-2179
cari@rinckerlaw.com
www.rinckerlaw.com
ARDC #6318319

**Temporary Restraining Order**
**Page 3 of 3**