IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                          )
IRA JOHN BISHOP, JR.            )        CASE NO.  24-90576
DEBTOR.                         )        CHAPTER 7

TRUSTEE'S REPORT OF RECEIPT OF FUNDS
ON MOTION TO COMPROMISE ADVERSARY CASE NO. 25-09004

NOW COMES ROGER L. PRILLAMAN, the duly appointed and acting Trustee of the above-captioned Chapter 7 proceeding, and pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1) submits his Report of Receipt of Funds related to the Order on Motion to Compromise with Adversary Plaintiff ROGER MILLER, for the lump sum payment of $10,000.00 in settlement of all outstanding issues, disputed or otherwise relating to the sale of of Debtor's business, which has now been received.

Respectfully submitted,


BY:  /s/Roger L. Prillaman_____
       Roger L. Prillaman,
       Chapter 7 Trustee
       220 W. Main Street
       Urbana, IL 61801
       (217)384-1300

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above instrument was filed electronically with the Court on the 23rd day of September, 2025, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Dane C. Amundson on behalf of Interested Party Roger W Miller
damundson@meyercapel.com, mbrigham@meyercapel.com

Dane C. Amundson on behalf of Plaintiff Roger W Miller
damundson@meyercapel.com, mbrigham@meyercapel.com

Dane Cole Amundson on behalf of Plaintiff Roger W Miller
damundson@meyercapel.com

Jason S Bartell on behalf of Debtor Ira John Bishop, Jr
jbartell@bartellpowell.com, becky@bartellpowell.com

Jason S Bartell on behalf of Defendant Ira John Bishop
jbartell@bartellpowell.com, becky@bartellpowell.com

Peter C. Bastianen on behalf of Creditor ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC
bkpleadingsCENTRAL@il.cslegal.com

Kerrie S Neal on behalf of Creditor Rocket Mortgage, LLC F/K/A Quicken Loans, LLC
kerrie.neal@il.cslegal.com, bkpleadingsCENTRAL@il.cslegal.com

Roger L Prillaman
trusteeprillaman@aol.com, lori.prillamanandmoore@gmail.com;rlp@trustesolutions.net

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

and by depositing a copy of the foregoing in a U.S. Post Office Box in Urbana, Illinois, enclosed in

an envelope with proper postage prepared, addressed to the following in the manner set forth.

None

BY: ___/s/Roger L. Prillaman _____

PRILLAMAN & MOORE, LTD.
220 W. MAIN STREET
URBANA, IL 61801-2622
PHONE 217/384-1300
FAX 217/384-1318