Consignor Settlement

v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL 61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| | |
|---|---|
| CO #: | 16864 |
| Date: | 11/19/2025 |
| Page: | 1 |

**Consignor: 27**
Roger Prillaman
Roger L. Prillaman, Trustee
220 W. Main St
Urbana, IL 61801
Phone:217-384-1300   Fax:217-384-1318

*12 10 25 Seller 27*
*Bishop 24-90576*
*E-Mailed on 11/21/2025 to trusteeprillaman@aol.com*
*E-Mailed on 12/2/2025 to trusteeprillaman@aol.com*
*Approved 12/9-AS*
*E-Mailed on 12/12/2025 to trusteeprillaman@aol.com*

Auction: 12 10 2025 Online Only Auction

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 192 | Romarm/Cugir Romania Out of State Residency Needed WASR-10.7.62 X 39MM, S/N: A1-27033-14-RO, Buyer must have out of state residency. Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | 310.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 46.50) |
| 193 | Bush Master Mod. XM15-E25 Out of State Residency S/N: L195668, Buyer must have out of state residency. Located at Double Tap Academy, LLC | 12/11/2025 | Invoice Sale Price(Qty=1) | 270.00 |
| | | 12/11/2025 | Commission(Qty=1) | ( 40.50) |
| 194 | Bush Master Carbine-15 Muti Out of State Residency S/N: BK3015959, Buyer must have out of state residency. Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | 420.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 63.00) |
| 195 | High Point Model 995-9MM Out of State Residency S/N: F31964, Buyer must have out of state residency. Located at Double Tap Academy, LLC | 12/16/2025 | Invoice Sale Price(Qty=1) | 130.00 |
| | | 12/16/2025 | Commission(Qty=1) | ( 19.50) |
| 196 | US Springfield Model 1873 S/N: 234963 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | 410.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 61.50) |
| 197 | Marlin Model 60- 22 long S/N: 10324529 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | 185.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 27.75) |
| 198 | AMT Cal 380 9MM Kurz backup S/N: 006171 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | 165.00 |

v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL  61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 2 |

| Lot# | Lead | Date | Transaction Description | | Amount |
|---|---|---|---|---|---|
| | AMT Cal 380 9MM Kurz backup S/N: 006171<br>Located at Double Tap Academy, LLC | 12/10/2025 | Commission(Qty=1) | ( | 24.75) |
| 199 | Taurus PT 111 Pro 9MM S/N: TBY40914<br>Located at Double Tap Academy, LLC | 12/12/2025 | Invoice Sale Price(Qty=1) | | 190.00 |
| | | 12/12/2025 | Commission(Qty=1) | ( | 28.50) |
| 200 | Taurus .357 Magnum S/N: FW45496<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 320.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 48.00) |
| 201 | Smith & Wesson 32 Cal S/N: 20930<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 100.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 15.00) |
| 202 | Smith & Wesson SD9VE S/N: HTF5752<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 260.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 39.00) |
| 203 | Chiappa Firearms Gov Mod American Out of<br>state Classic 22, S/N: D51049, Buyer must have<br>out of state residency.<br>Located at Double Tap Academy, LLC | 12/16/2025 | Invoice Sale Price(Qty=1) | | 145.00 |
| | | 12/16/2025 | Commission(Qty=1) | ( | 21.75) |
| 204 | Kel-Tec PMR 30  22 long S/N: WUC27<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 310.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 46.50) |
| 205 | New England Firearms R92 Ultra 22 long, S/N:<br>NG003708<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 150.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 22.50) |
| 206 | Colt M1911A1  45 Auto S/N: 2829648<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 770.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 115.50) |
| 207 | Kel-Tec Sub rifle 2000 9MM Out of State<br>Residency S/N: E3F16, Buyer must have out of<br>state residents<br>Located at Double Tap Academy, LLC. | 12/10/2025 | Invoice Sale Price(Qty=1) | | 310.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 46.50) |
| 208 | Universal ML Carbine 30 Cal S/N: 163638<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 300.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 45.00) |
| 209 | Traditions Buck Stalker 50 Cal Muzzle loader,<br>S/N: 14-13-009687-14<br>Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 165.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 24.75) |
| 210 | Beretta ARX 160  22 Cal Out of State Residency<br>S/N: PB021603, Buyer must have out of state<br>residency. | 12/16/2025 | Invoice Sale Price(Qty=1) | | 320.00 |

Consignor Settlement

v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL  61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 3 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| | Located at Double Tap Academy, LLC | | | |
| | | 12/16/2025 | Commission(Qty=1) | ( 48.00) |
| 212 | 100 Rounds of 7.62 X .54  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 20.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 3.00) |
| 213 | 30 rounds of .410  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 38.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 5.70) |
| 214 | Partial box of ML .30  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 3.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 0.45) |
| 215 | 235 rounds of 9MM  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 165.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 24.75) |
| 216 | 20 rounds of 7.62 X 39 MM  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/12/2025 | Invoice Sale Price(Qty=1) | 20.00 |
| | | 12/12/2025 | Commission(Qty=1) | ( 3.00) |
| 217 | 74 rounds of .380  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 18.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 2.70) |
| 218 | 50 rounds of 357 Magnum  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 62.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 9.30) |
| 219 | 550 rounds of .22 long  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 180.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 27.00) |
| 220 | 2 partial boxes of .22 long  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 52.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 7.80) |
| 221 | 30 rounds of .32  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 12.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 1.80) |
| 222 | 102 rounds of .38  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 32.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 4.80) |
| 223 | 50rounds of 45 long Colt  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 36.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 5.40) |
| 224 | 11 magazines  RWI Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 16.00 |

v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL 61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| CO #: | | 16864 |
|---|---|---|
| Date: | 11/19/2025 | |
| Page: | | 4 |

| Lot# | Lead | Date | Transaction Description | | Amount |
|---|---|---|---|---|---|
| | 11 magazines  RWI Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Commission(Qty=1) | ( | 2.40) |
| 225 | Fobus holster  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 10.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 1.50) |
| 226 | Bayonet  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 18.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 2.70) |
| 227 | MCK Micro conversion kit Out of State Residency Buyer must have out of state residency. Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 16.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 2.40) |
| 228 | NRA bag with ear and eye protection BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 32.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 4.80) |
| 229 | NRA bag with Muzzle loader supplies BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 28.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 4.20) |
| 230 | 500 rounds .40 S & W ammo  BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 170.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 25.50) |
| 231 | 22S. L & LR. S/N: 146881 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 290.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 43.50) |
| 232 | J Stevens Arms & Tools Co. 22 long rifle S/N: 0641 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 200.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 30.00) |
| 233 | Antique 12 guage Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 42.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.30) |
| 234 | Ruger Air Hawk .177 S/N: 000150240 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 56.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 8.40) |
| 235 | Antonio Zoli & Company .58 black powder rifle S/N: 24698 Located at Double Tap Academy, LLC | 12/10/2025 | Invoice Sale Price(Qty=1) | | 44.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.60) |
| 236 | AR receiver Out of State Residency BLEACHERS Buyer must have out of state residency. | 12/10/2025 | Invoice Sale Price(Qty=1) | | 14.00 |

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL 61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 5 |

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| | Located at: 9515 Texas Church Rd, Clinton, IL 61727 | | | |
| | | 12/10/2025 | Commission(Qty=1) | ( 2.10) |
| 237 | .22 AR conversion kit mags (3) RWI Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 26.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 3.90) |
| 238 | MI carbine mags (3) RWI Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 50.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 7.50) |
| 239 | AR Mags (5) Out of State Residency Needed RWI Buyer must have out of state residency. Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/16/2025 | Invoice Sale Price(Qty=1) | 38.00 |
| | | 12/16/2025 | Commission(Qty=1) | ( 5.70) |
| 240 | 9MM mags (2) RWI Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 52.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 7.80) |
| 241 | .45 mags (2) BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 18.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 2.70) |
| 242 | assorted ammo BLEACHERS Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/12/2025 | Invoice Sale Price(Qty=1) | 30.00 |
| | | 12/12/2025 | Commission(Qty=1) | ( 4.50) |
| 336 | Gun Safe ARENA 2nd Amendment digital gun safe, 40 Wide X 71 Tall X 27 Deep Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 1,475.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 221.25) |
| 337 | Gun Safe ARENA 2nd Amendment digital gun safe, 36 Wide X 59 Tall X 25 Deep Located at: 9515 Texas Church Rd, Clinton, IL 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 1,425.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 213.75) |
| 987 | Statehood innovation dollar coin collection Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 52.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 7.80) |
| 988 | America the Beautiful state quarter collection, Volume 1 & 2 Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | 76.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( 11.40) |

Consignor Settlement                                                                    v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL  61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 6 |

| Lot# | Lead | Date | Transaction Description | | Amount |
|---|---|---|---|---|---|
| 989 | Statehood quarters collection Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 38.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 5.70) |
| 990 | Statehood quarters collection Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 38.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 5.70) |
| 991 | Drive (Hoyer) 450lb medical lift    ARENA Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 90.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 13.50) |
| 992 | American Security 10 gun safe ARENA Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 720.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 108.00) |
| 993 | Safe    ARENA Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 320.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 48.00) |
| 994 | Ear muffs, Pistol case  BLEACHERS Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 14.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 2.10) |
| 995 | 100 rounds of 30 cal ml projectile,  BLEACHERS bad of 7.62 projectiles, 38 special cases Located in 9515 Texas Church Rd Clinton il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 3.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 0.45) |
| 996 | Box of 12 guage high brass 7 1/2  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 28.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 4.20) |
| 997 | Parts of a Marlin 22 long  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 62.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 9.30) |
| 998 | 500 rounds of 7.62 x 25MM  cases  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 26.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 3.90) |
| 999 | 450 rounds of 300 blackout cases  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 22.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 3.30) |
| 1000 | Digital camera and tablet  BLEACHERS Condition unknown Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 12.00 |

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL 61727**
**Phone: (217) 935-3245 Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 7 |

| Lot# | Lead | Date | Transaction Description | | Amount |
|---|---|---|---|---|---|
| | Digital camera and tablet BLEACHERS Condition unknown Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Commission(Qty=1) | ( | 1.80) |
| 1001 | Muzzle loading supplies BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 22.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 3.30) |
| 1002 | Revolver holster and mag holster BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 12.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 1.80) |
| 1003 | Caldwell AR-15 mag charger BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 40.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.00) |
| 1004 | 1952 Webster's dictionary, BLEACHERS Random House dictionary Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 1.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 0.15) |
| 1097 | 140 rounds of 12 guage short shells BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 72.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 10.80) |
| 1098 | 400 rounds of 30 cal BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 135.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 20.25) |
| 1099 | 100 rounds of 380 BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 20.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 3.00) |
| 1100 | 80 rounds of 7.62x 39 MM BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 42.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.30) |
| 1101 | 100 rounds of 44 mag BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 68.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 10.20) |
| 1102 | 50 rounds of 12 gauge law enforcement BLEACHER ammo Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 54.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 8.10) |
| 1103 | 50 rounds of 20 gauge buck shot BLEACHERS Located in 9515 Texas Church Rd Clinton Il | 12/10/2025 | Invoice Sale Price(Qty=1) | | 46.00 |

Consignor Settlement

v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL  61727**
**Phone: (217) 935-3245  Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 8 |

| Lot# | Lead | Date | Transaction Description | | Amount |
|---|---|---|---|---|---|
| | 61727 | | | | |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.90) |
| 1104 | 50 rounds of 12 gauge law enforcement BLEACHER ammo Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 56.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 8.40) |
| 1105 | 750 rounds of 30 cal  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 230.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 34.50) |
| 1106 | Powder scale, master gunsmith screw kit BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 58.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 8.70) |
| 1107 | 60 rounds of 308  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 54.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 8.10) |
| 1108 | 20 rounds of 300 win mag  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 32.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 4.80) |
| 1109 | Gunsmith tools and cleaning rods  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 5.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 0.75) |
| 1110 | Gunsmith tools  ARENA Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 50.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 7.50) |
| 1111 | 2 NRA knives ARENA Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 32.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 4.80) |
| 1112 | Assorted Ammo  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 36.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 5.40) |
| 1113 | Assorted home defense ammo  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 42.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.30) |
| 1114 | Assorted gun supplies  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 42.00 |
| | | 12/10/2025 | Commission(Qty=1) | ( | 6.30) |
| 1115 | Assorted ammo  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Invoice Sale Price(Qty=1) | | 44.00 |

Consignor Settlement

v9.22-COMaint-23

**Martin Auction Services, L.L.C.**
**9515 Texas Church Rd.**
**Clinton, IL  61727**
**Phone: (217) 935-3245   Fax: (217) 935-3888**

| CO #: | 16864 |
|---|---|
| Date: | 11/19/2025 |
| Page: | 9 |

| Lot# | Lead | Date | Transaction Description | | Amount |
|---|---|---|---|---|---|
| | Assorted ammo  BLEACHERS Located in 9515 Texas Church Rd Clinton Il 61727 | 12/10/2025 | Commission(Qty=1) | ( | 6.60) |

| | |
|---|---|
| Total Quantity: | 89.00 |
| Total Invoice Sale Price: | 12,612.00 |
| Total Commission: | ( 1,891.80) |
| Total Due to Consignor: | 10,720.20 |
| Total Payments: | 0.00 |
| Balance: | $10,720.20 |

Positive Balance, Monies Owed to Consignor

Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 15% |
|---|---|

**BUY BACK SETTINGS**
Calculate Buy Back By: Each
Buy Back Structure Type: Fixed

| Any Amount | 0% |
|---|---|

Thank you for your consignment.   Please pick up unsold lots immediately or contact us to re-consign; otherwise items will be considered abandoned.