**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | Case No. 24-90576-MPG |
| | § | |
| IRA JOHN BISHOP, JR | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/25/2024.  The undersigned trustee was appointed on 12/19/2024.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $22,612.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2,141.80 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                $20,470.20

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/04/2025 and the deadline for filing government claims was 06/04/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,011.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,011.20, for a total compensation of $3,011.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $195.00, for total expenses of $195.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2026                                   By:   /s/ Roger L. Prillaman
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM H**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| **Case No.:** | 24-90576-MPG |
| **Case Name:** | BISHOP, JR, IRA JOHN |
| **For the Period Ending:** | 4/20/2026 |

| | |
|---|---|
| **Trustee Name:** | Roger L. Prillaman |
| **Date Filed (f) or Converted (c):** | 11/25/2024 (f) |
| **§341(a) Meeting Date:** | 01/14/2025 |
| **Claims Bar Date:** | 06/04/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   64 E. Ford Harris Road Champaign IL 61822 | $220,000.00 | $61,251.56 | | $0.00 | FA |
| **Asset Notes:**   stay earlier lifted;  no real equity for bk estate;  CMA from Beth Young indicated lower value;  T will not pursue. | | | | | |
| 2   45" Television $50.00 Blue recliner, worn $10.00 Desk Chair $10.00 Dishwasher $10.00 Dresser $15.00 Firewood $100.00 Hospital Table $20.00 Hoyer Lift $50.00 Kitchen table and chairs $30.00 Leather couch $75.00 Light wooden dresser $20.00 Locking upright metal cabinets $30.00 Miscellaneous kitchen utensils and appliances $25.00 Outdoor Furniture $30.00 Personal Safe $50.00 Side table $30.00 Small television $25.00 Trundle bed $10.00 Two filing cabinets and metal shelf $30.00 Two living room tables and a television stand $75.00 Wheelchair $10.00 Whirlpool oven $75.00 Wooden chest / saw horses / baby chair $50.00 Wooden Desk $50.00 Wooden storage cabinet $20.00 | $900.00 | $0.00 | | $0.00 | FA |
| 3   Checking account: Busey Bank - Checking Account (Joint with Janice Gilmore) Account Number: XXXXXX Xn 54 | $1,150.00 | $0.00 | | $0.00 | FA |
| 4   100% ownership in Locksmith Services C-U Inc., an Illinois corporation Ownership 100.00% | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**   7/17/25 NOTE- new development;  It appears that thru a 3rd party company there was application made to IRS for ERC credits for this business and the IRS has now issued 3 checks totalling approx $20,000 in corp name only.  Not directly an asset of this bk estate, but T is attempting to ascertain what if any debts there are remaining of this corp that would need to be paid in the winding down process, in order to bring the net into the bk estate.  Attempting to get that info from DA and bookkeeper Janice Gilmore.<br>   2/11/26 update - debts exceed assets;  T will not further pursue. | | | | | |
| 5   Personal Firearms Sales and Service, Inc. Ownership 100.00% | $40,000.00 | $36,900.00 | | $10,000.00 | FA |
| **Asset Notes:**   Contingent/disputed asset as Creditor Roger Miller alleges D sold the business to him prepetition and is not property of estate.  Confusing he said-she said saga which needs to be sorted out.<br><br>   9/17/25 note:  $10,000 adversary settlement ck received today, after Compromise Order recently approved by Court.  Mr. Miller had brought AP against estate for declaration that the pre-petition sale agreement for business assets/firearms, etc was fully performed.  At issues was whether Mr. Miller had made all payments to satisfy the purchase, and whether other loans | | | | | |

FORM H

Page No: 2          Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| | |
|---|---|
| **Case No.:** | 24-90576-MPG |
| **Case Name:** | BISHOP, JR, IRA JOHN |
| **For the Period Ending:** | 4/20/2026 |

| | |
|---|---|
| **Trustee Name:** | Roger L. Prillaman |
| **Date Filed (f) or Converted (c):** | 11/25/2024 (f) |
| **§341(a) Meeting Date:** | 01/14/2025 |
| **Claims Bar Date:** | 06/04/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| made by Miller to D should be credited; parties reached a settlement of $10,000 to avoid hotly contested adversary. | | | | | |

**Ref. #**

| | | | | | |
|---|---|---|---|---|---|
| 6  Ammunition, gun accessories, tools, firearms, safes, Dillon 550 presses with case feeders held in escrow by Roger Miller | Unknown | $0.00 | | $0.00 | FA |

**Asset Notes:** 9-17-25 Note - this, from T's perspective, is duplicate of Asset #5, Personal Firearms corporation; as turns out, all firearms, etc in possession of escrow as per Roger Miller state court suit are property of that corporation and not Debtor's personally.   The $10,000 settlement reached in the Miller adversary all allocated to Asset #5.

| | | | | | |
|---|---|---|---|---|---|
| 7  Approximately 164 firearms being held in escrow by Darren Gilles | $45,000.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** 4/18/25 note:  contingent/disputed asset from T's perspective and may be duplicate of Asset #5.  D is/was 100% owner of the personal Firearms corp and the inventory of firearms would be corporate assets.  Ongoing dispute with Creditor Roger Miller, buyer of business/gun inventory, as to whether he has fulfilled the contract and whether title has passed.  Adversary has been filed and pending.

9-17-25 Note - Adversary settlement now approved by court and Mr. Miller paid the $10,000 compromise amount today.  These funds should go under asset $5, D's 100% ownership of the corporation;  This asset #7 is really a duplicate of Asset #5.  Technically, the firearms owned by the Personal Firearms corporation are not Property of this Estate, but the D's ownership in the corporation is, ie asset #5.
 DA Bartell had indicated he separately/additionally listed the firearms as exercise of caution separate from D's interest in the corporation, which in turn owned the guns.

| | | | | | |
|---|---|---|---|---|---|
| 8  Debtor's personal firearms, ammo and safe(s) located at Debtor's residence. (unscheduled). **(u)** | $0.00 | $5,000.00 | | $12,612.00 | FA |

**Asset Notes:** 9/17/25 note:  Somewhat recently it was clarified that the firearms, ammo and safe(s) at D's residence are personal assets of debtor and property of the estate.  Part of the Roger Miller adversary settlement clarified that only the firearms, etc held in escrow pursuant to the state court suit filed by Mr. Miller pre-petition were part of that sale of the Personal Firearms corporation;  as such those firearms, etc at D's home are assets of this bk and added as unscheduled.
 For now T will use a ballpark figure of $5000 as a placeholder.  Investigation continuing and T will probably auction these assets.
12.22.25 note - auction concluded Dec 10;  T received martin auction ck today for $12,612.

| | | | | | |
|---|---|---|---|---|---|
| 9  unscheduled - pre-petition car accident/personal injury **(u)** | $0.00 | $35,000.00 | | $0.00 | FA |

**Asset Notes:** Unscheduled - D's car accident pre petition; unknown value;  T will use statutory amount for IL civil suits, $50,000 gross as placeholder.  Peoria attorney not responsive.  DA advises they thought little to no value initially, but may have some value as things progress?

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | |
| $307,050.00 | $138,151.56 | | $22,612.00 | $0.00 |

FORM H

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3          Exhibit A

| | |
|---|---|
| Case No.: | 24-90576-MPG |
| Case Name: | BISHOP, JR, IRA JOHN |
| For the Period Ending: | 4/20/2026 |

| | |
|---|---|
| Trustee Name: | Roger L. Prillaman |
| Date Filed (f) or Converted (c): | 11/25/2024 (f) |
| §341(a) Meeting Date: | 01/14/2025 |
| Claims Bar Date: | 06/04/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

04/17/2026   hearing held yesterday re Janice Gilmore claim seeking priority for assisting D in his final days, as wages.  Shortly before hearing tho she filed amended Claim 4-3, dropping the priority claim status.  T needs to review further.

02/11/2026   T and DA Jason Bartell confer further today re status of D's questionable injury claim.  The matter is disputed.  Apparently the Peoria attorney has not made any progress with the claim.  DA Bartell is of opinion that D was at fault in accident and would have a high hurdle to overcome with D being deceased, and no independent witnesses.  Also, DA Bartell has indicated that the debts of the Locksmith corp well exceed the value of assets, so unlikely any net profit would be available to the bankruptcy estate in winding up the corporation.

02/11/2026   T note - regarding filing tax returns for the bk estate, the recent sale of D's personal firearms is not a taxable event, as debtor's personal items.  The earlier $10,000 settlement achieved in the gun adversary, falls below the approx $15K standard estate tax deduction, so no returns need be filed.

01/16/2026   status update:  Court has approved auction fees;  check sent out to Martin Auction.

12/22/2025   Since last entry, T has noticed up Martin Auction on-line auction of D's various personal firearms and related.  Auction took place 12/10/25;  T receives auction check for gross amount today for $12,612.  log receipt and work with assistant to prepare Report of Sale and Application To Pay Auctioneer.

09/26/2025   Adversary re Roger Miller now concluded and case dismissed;

 T has forwarded list of firearms/safes, being D's personal stash located at home still, to Rob Nord with Martin Auction and contacted DA Bartell and Janice Gilmore, presently staying in the home, of this development.  Mr. Nord will contact Ms. Gilmore directly to retrieve the guns, etc.

   T has also revisited the home valuation and will prepare fee app to pay Realtor Beth Young her $250 CMA fee.

    T has also received two IRS checks for 941 refunds/possible ERC credits but these are not per se property of estate, but are made payable to D's locksmith corporation.  Jason Bartell is also holding some funds of that corporation, but from info provided to T thus far, there are a number of debts of the corporation, which would need be paid, prior to bringing the net into this bk estate, after winding up the corporate affairs.

    T has also reached out to D's former spouse Louella Bishop who has expressed some interest in acquiring the home, to see if she'd like to make a direct offer to purchase.

09/26/2025   Re D's injury claim, T left vm with Peoria Patrick Halliday's office phone, to discuss as all email attempts have been unsuccessful.  Unknown whether this claim has any net net value beyond D's exemption for bodily injury.

09/17/2025   since last reporting - we have obtained court approval on our compromise motion to settle the Roger Miller adversary;  Mr Miller will pay the bk estate $10,000 to resolve .the finalization of transferring ownerhsip of firearms business and inventory to Mr. Miller.

   As part of compromise, Miller waives any interest in the personal guns, ammo, safes at D's home;  We can now seek to gather those for sale/auction.

   Stay is lifted on D's home as monthly payments far behind;  T has obtained CMA from Realtor Beth Young;  it is less than scheduled value due to a number of issues with the home.  Court has approved Ms. Young's employment to do the CMA for flat $250 fee, and if I elect to list, a commission of up to 5%.

    T will explore further on the home.

    T is receiving from bookkeeper IRS checks made payable to D's locksmith coporation, but not directly assets of this bk;  Janice Gilmore, D's friend/bookkeeper has provided T with come corp financials to see if any potential that T or D's attorney Bartell may be able to wind up that now defunct corp to see if any possibility of liquidating assets, paying off corp debts, and bring net,if any back into this bk estate.  T is not optomistic but will study further.

09/17/2025   T received $10,000 cert funds today on Roger Millter adversary settlement.

FORM H
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   4        Exhibit A

| | | |
|---|---|---|
| Case No.: | 24-90576-MPG | Trustee Name: |
| Case Name: | BISHOP, JR, IRA JOHN | Date Filed (f) or Converted (c): |
| For the Period Ending: | 4/20/2026 | §341(a) Meeting Date: |

Trustee Name: Roger L. Prillaman
Date Filed (f) or Converted (c): 11/25/2024 (f)
§341(a) Meeting Date: 01/14/2025
Claims Bar Date: 06/04/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/18/2025   T emails Peoria injury atty again today to see status of PI claim/car accid.  No response from late May email.

07/17/2025   since last entry, T has had various commucations with DA Bartell and receiving a number of emails from Grace Stehle, acting rep of deceased Debtor, regarding the home, personal firearms/safes located at home.

Rockmortgage has filed a MFR, which is pending.  T has reached out to their bk attorney Peter Bastien, asking if would share minutes of foreclosure;  T's earlier public records search picked up a mech lien, and two HUD loans from 2023 and 2024.  Peter has clarified that those 2 HUD loans and balances are apparently included in the overall pay off.   T is also asking about the solar panels and if any liens of record popping up on title search.

T may file motion for extension of time to MFR to pin some of these things down to see if house may have some net value to bk estate.

T has also talked with Dane Amandson, successor plaintiff atty in Roger Miller adversary re possible settlement.  T had asked Jason Bartell if he'd consider represnting bk estate in the adversary but he'd prefer not to.   As such, T will file Applic to Employ P&M Ltd to enter app in adversary to answer complaint and also consider counter claim for balance owing under Contract To Sell firearms business.

07/17/2025   Further work on file today, approx 2 hours, pouring back through Busey Bank statements for several years, to pin down the $30,000 Roger Miller loaned to Debtor in March of 2023, and various 2023 monthly payments of $608.29 towards that loan -- all of this relating to the adversary Mr. Miller has filed against me as Trustee.  Going back through all doc's I have and the adversary filings, what was to have been a $30,000 loan in March of 2023, was actually memorialized as a Sale of Firearms Business for $60,000, a self styled contract which indicates the sale price was $60,000 by Mr. Bishop to Mr. Miller, acknowledging $30,000 down payment, and upon the balance of $30,000 being paid, then possession of all the guns, etc would be delivered to Mr. Miller.

T also held a settlement conference today with Dane Amundson, successor plaintiff attorney (subbing in for Rochelle Funderburg who has now retired), extending a settlement offer in attempt to avoid lengthy adversary litigation.

T has also prepared an Application To Employ P&M Ltd as will need to have atty of record in adversary as T does not file pro se adversaries or defend AP's on  a pro se basis.

The adversary is fraught with confusion and settling the litigation early would be to everyone's benefit.

05/29/2025   T has recieved info from DA that D's pending injury claim may have value afterall.

T has emailed Patrick Halliday from Peori in this regard for more details with possible invite to hire on.

04/18/2025   Creditor Roger Miller, thru his atty Rochelle Funderburg, has filed an adversary on April 4, 2025 but filed against Debtor Ira Bishop only; does not name me as trustee or name the bk estate.  T recently served with summones.  In meantime DA Jason Bartell has file a Motion To Dismiss.

Complaint is 2 counts, 1. Declaratory Judgment - seeking court ruling that Mr. Miller has paid all monies for purchase of business and therefore the business and guns not POE; 2, Breach of Contract - that Miller has fulfilled his end of bargain and business and guns should be transferred to him.

answer date is May 4.  T still mulling over as rather confusing to say the least.

02/19/2025   This is a difficult case;  D passed away shortly after filing;  DA Jason Bartell now has opened a Champaign Co probate case;  there is a Will and we have an executor appointed who attended first Meeting.  Case adjourned to Thurs Feb 27.

Possible assets are D;s home, but Pmap showing several HUD covid type loans need to learn more about.

D had also sold his firearms business to a Roger Miller but there is a dispute as to whether the full $60,000 sales price has been paid, or whether there is a balance due, ie AR.

Investigation continuing.

**FORM H**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   5                Exhibit A

| | |
|---|---|
| **Case No.:** | 24-90576-MPG |
| **Case Name:** | BISHOP, JR, IRA JOHN |
| **For the Period Ending:** | 4/20/2026 |

| | |
|---|---|
| **Trustee Name:** | Roger L. Prillaman |
| **Date Filed (f) or Converted (c):** | 11/25/2024 (f) |
| **§341(a) Meeting Date:** | 01/14/2025 |
| **Claims Bar Date:** | 06/04/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   11/30/2025          **Current Projected Date Of Final Report (TFR):**   11/30/2026          /s/ ROGER L. PRILLAMAN

ROGER L. PRILLAMAN

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No. | 24-90576-MPG | |
| Case Name: | BISHOP, JR, IRA JOHN | |
| | | |
| Primary Taxpayer ID #: | **-***0246 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/25/2024 | |
| For Period Ending: | 4/20/2026 | |

| | |
|---|---|
| Trustee Name: | Roger L. Prillaman |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******7601 |
| Account Title: | Ira Bishop, Jr. |
| Blanket bond (per case limit): | $20,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/18/2025 | (5) | Roger Miller | Roger Miller Adversary settlement | 1229-000 | $10,000.00 | | $10,000.00 |
| 10/21/2025 | 1001 | Elizabeth Young | CMA fee | 3510-000 | | $250.00 | $9,750.00 |
| 11/20/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $9,750.00 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $10,000.00 | $10,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $9,750.00 | |
| **Subtotal** | $10,000.00 | $250.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $10,000.00 | $250.00 | |

| For the period of 11/25/2024 to 4/20/2026 | | For the entire history of the account between 09/18/2025 to 4/20/2026 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $250.00 | Total Compensable Disbursements: | $250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $250.00 | Total Comp/Non Comp Disbursements: | $250.00 |
| Total Internal/Transfer Disbursements: | $9,750.00 | Total Internal/Transfer Disbursements: | $9,750.00 |

**FORM 2**

Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 24-90576-MPG | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|
| Case Name: | BISHOP, JR, IRA JOHN | Bank Name: | Vista Bank |
| Primary Taxpayer ID #: | **-***0246 | Checking Acct #: | ******0017 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/25/2024 | Blanket bond (per case limit): | $20,000,000.00 |
| For Period Ending: | 4/20/2026 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2025 | | Vista Bank | Transfer Funds | 9999-000 | $9,750.00 | | $9,750.00 |
| 12/23/2025 | (8) | Martin Auction Services, LLC Escrow | sale of guns, etc. | 1229-000 | $12,612.00 | | $22,362.00 |
| 01/15/2026 | 2001 | Robert Nord/Martin Auction Services, LLC | auctioneer fees | 3610-000 | | $1,891.80 | $20,470.20 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $22,362.00 | $1,891.80 | $20,470.20 |
| **Less: Bank transfers/CDs** | $9,750.00 | $0.00 | |
| **Subtotal** | $12,612.00 | $1,891.80 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $12,612.00 | $1,891.80 | |

| For the period of 11/25/2024 to 4/20/2026 | | For the entire history of the account between 11/20/2025 to 4/20/2026 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,612.00 | Total Compensable Receipts: | $12,612.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,612.00 | Total Comp/Non Comp Receipts: | $12,612.00 |
| Total Internal/Transfer Receipts: | $9,750.00 | Total Internal/Transfer Receipts: | $9,750.00 |
| | | | |
| Total Compensable Disbursements: | $1,891.80 | Total Compensable Disbursements: | $1,891.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,891.80 | Total Comp/Non Comp Disbursements: | $1,891.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 24-90576-MPG | |
| **Case Name:** | BISHOP, JR, IRA JOHN | |
| **Primary Taxpayer ID #:** | **-***0246 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/25/2024 | |
| **For Period Ending:** | 4/20/2026 | |

| | |
|---|---|
| **Trustee Name:** | Roger L. Prillaman |
| **Bank Name:** | Vista Bank |
| **Checking Acct #:** | ******0017 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $20,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $22,612.00 | $2,141.80 | $20,470.20 |

**For the period of 11/25/2024 to 4/20/2026**

| | |
|---|---|
| Total Compensable Receipts: | $22,612.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,612.00 |
| Total Internal/Transfer Receipts: | $9,750.00 |
| | |
| Total Compensable Disbursements: | $2,141.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,141.80 |
| Total Internal/Transfer Disbursements: | $9,750.00 |

**For the entire history of the case between 11/25/2024 to 4/20/2026**

| | |
|---|---|
| Total Compensable Receipts: | $22,612.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,612.00 |
| Total Internal/Transfer Receipts: | $9,750.00 |
| | |
| Total Compensable Disbursements: | $2,141.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,141.80 |
| Total Internal/Transfer Disbursements: | $9,750.00 |

/s/ ROGER L. PRILLAMAN

ROGER L. PRILLAMAN

Page No: 1      Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 24-90576-MPG | | | | | | | **Trustee Name:** | Roger L. Prillaman | | |
| **Case Name:** | BISHOP, JR, IRA JOHN | | | | | | | **Date:** | 4/20/2026 4:13:56 PM | | |
| **Claims Bar Date:** | 06/04/2025 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROGER L. PRILLAMAN 220 W. Main St. Urbana IL 61801 | 09/26/2025 | Trustee Fee - RLP | Allowed | 2100-000 | $0.00 | $3,011.20 | $3,011.20 | $0.00 | $0.00 | $0.00 | $3,011.20 |
| | ROGER L PRILLAMAN 220 WEST MAIN ST URBANA IL 61801 | 02/19/2026 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $195.00 | $195.00 | $0.00 | $0.00 | $0.00 | $195.00 |
| 1 | DISCOVER BANK P.O. Box 3025 New Albany OH 43054-3025 | 03/19/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $17,231.46 | $17,226.85 | $17,226.85 | $0.00 | $0.00 | $0.00 | $17,226.85 |
| 2 | FISCELLA FACILITIES SERVICES, LLC 1003 N Eastern Ave Urbana IL 61802 | 04/06/2025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,800.00 | $2,800.00 | $0.00 | $0.00 | $0.00 | $2,800.00 |

**Claim Notes:**    amended from secured to unsecured - allow.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | FINCH MANAGEMENT, LLC 1003 N. Eastern Ave. Urbana IL 61802 | 04/06/2025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,250.00 | $5,250.00 | $0.00 | $0.00 | $0.00 | $5,250.00 |
| 4 | JANICE GILMORE 903 Westfield Drive Champaign IL 61821 | 04/08/2025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,614.50 | $18,614.50 | $0.00 | $0.00 | $0.00 | $18,614.50 |

**Claim Notes:**    claim twice amended;  T had objected to Claim 4-2 on grounds not priority wages;  D has further amended to reduce amount and show general unsecured only.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ROGER MILLER 2611 Cardinal Road Champaign IL 61822 | 04/10/2025 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $60,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Claim withdrawn 9-19-25 Doc 112

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CITADEL OF BOURBONNAIS 20 Briarcliff Ln Bourbonnais IL 60914 | 04/10/2025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,853.00 | $2,853.70 | $2,853.70 | $0.00 | $0.00 | $0.00 | $2,853.70 |
| 7 | DISCOVER BANK P.O. Box 3025 New Albany OH 43054-3025 | 04/22/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $17,231.46 | $1,983.13 | $1,983.13 | $0.00 | $0.00 | $0.00 | $1,983.13 |

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| Case No. | 24-90576-MPG | | Trustee Name: | Roger L. Prillaman |
| Case Name: | BISHOP, JR, IRA JOHN | | Date: | 4/20/2026 4:13:56 PM |
| Claims Bar Date: | 06/04/2025 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT PO Box 108 Saint Louis MO 63166-0108 | 04/29/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $10,047.79 | $8,629.66 | $8,629.66 | $0.00 | $0.00 | $0.00 | $8,629.66 |
| 9 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO Box 3001 Malvern PA 19355-0701 | 05/09/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $4,881.62 | $4,678.16 | $4,678.16 | $0.00 | $0.00 | $0.00 | $4,678.16 |
| 10 | BANK OF AMERICA, N.A. PO Box 673033 DALLAS TX 75267-3033 | 05/14/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $18,713.18 | $11,433.59 | $11,433.59 | $0.00 | $0.00 | $0.00 | $11,433.59 |
| 11 | BANK OF AMERICA, N.A. PO Box 673033 DALLAS TX 75267-3033 | 05/22/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $18,713.18 | $14,999.76 | $14,999.76 | $0.00 | $0.00 | $0.00 | $14,999.76 |
| 12 | SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT 4515 N Santa Fe Ave Oklahoma City OK 73118 | 05/28/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $6,685.97 | $6,858.08 | $6,858.08 | $0.00 | $0.00 | $0.00 | $6,858.08 |
| 13 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO Box 10587 Greenville SC 29603-0587 | 05/29/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $14,602.64 | $14,602.64 | $14,602.64 | $0.00 | $0.00 | $0.00 | $14,602.64 |
| 14 | CAPITAL ONE, N.A. 4515 N Santa Fe Ave Oklahoma City OK 73118 | 05/29/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $0.00 | $3,566.02 | $3,566.02 | $0.00 | $0.00 | $0.00 | $3,566.02 |
| 15 | CAPITAL ONE, N.A. 4515 N Santa Fe Ave Oklahoma City OK 73118 | 05/30/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $3,429.10 | $3,466.31 | $3,466.31 | $0.00 | $0.00 | $0.00 | $3,466.31 |

CLAIM ANALYSIS REPORT                                                                  Page No: 3          Exhibit C

| Case No. | 24-90576-MPG | | | | | | | | Trustee Name: | | Roger L. Prillaman | |
| Case Name: | BISHOP, JR, IRA JOHN | | | | | | | | Date: | | 4/20/2026 4:13:56 PM | |
| Claims Bar Date: | 06/04/2025 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | CAPITAL ONE, N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 05/30/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $7,202.85 | $11,378.71 | $11,378.71 | $0.00 | $0.00 | $0.00 | $11,378.71 |
| 17 | SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 05/30/2025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $6,685.97 | $6,726.97 | $6,726.97 | $0.00 | $0.00 | $0.00 | $6,726.97 |
| 18 | PNC BANK, NATIONAL ASSOCIATION<br><br>P.O. BOX 94982<br>CLEVELAND OH 44101 | 06/12/2025 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $16,496.76 | $16,496.76 | $16,496.76 | $0.00 | $0.00 | $0.00 | $16,496.76 |
| | | | | | | $214,771.04 | $154,771.04 | $0.00 | $0.00 | $0.00 | $154,771.04 |

Exhibit C

| | |
|---|---|
| **Case No.** 24-90576-MPG | **Trustee Name:** Roger L. Prillaman |
| **Case Name:** BISHOP, JR, IRA JOHN | **Date:** 4/20/2026 4:13:56 PM |
| **Claims Bar Date:** 06/04/2025 | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $89,518.20 | $29,518.20 | $0.00 | $0.00 | $0.00 | $29,518.20 |
| Payments to Unsecured Credit Card Holders | $105,549.88 | $105,549.88 | $0.00 | $0.00 | $0.00 | $105,549.88 |
| Tardy General Unsecured § 726(a)(3) | $16,496.76 | $16,496.76 | $0.00 | $0.00 | $0.00 | $16,496.76 |
| Trustee Expenses | $195.00 | $195.00 | $0.00 | $0.00 | $0.00 | $195.00 |
| Trustee Fee - RLP | $3,011.20 | $3,011.20 | $0.00 | $0.00 | $0.00 | $3,011.20 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       24-90576-MPG
Case Name:    IRA JOHN BISHOP, JR
Trustee Name:  Roger L. Prillaman

Balance on hand:                    $20,470.20

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:           $0.00
Remaining balance:                          $20,470.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Roger L. Prillaman, Trustee Fees | $3,011.20 | $0.00 | $3,011.20 |
| ROGER L PRILLAMAN, Trustee Expenses | $195.00 | $0.00 | $195.00 |
| Robert Nord/Martin Auction Services, LLC, Auctioneer for Trustee Fees | $1,891.80 | $1,891.80 | $0.00 |
| Other: Elizabeth Young, Realtor for Trustee Fees | $250.00 | $250.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:        $3,206.20
Remaining balance:                          $17,264.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:                          $17,264.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:            $0.00

UST Form 101-7-TFR (5/1/2011)

Remaining balance:     $17,264.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $135,068.08 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $17,226.85 | $0.00 | $2,201.88 |
| 2 | Fiscella Facilities Services, LLC | $2,800.00 | $0.00 | $357.89 |
| 3 | Finch Management, LLC | $5,250.00 | $0.00 | $671.04 |
| 4 | Janice Gilmore | $18,614.50 | $0.00 | $2,379.25 |
| 6 | Citadel of Bourbonnais | $2,853.70 | $0.00 | $364.75 |
| 7 | Discover Bank | $1,983.13 | $0.00 | $253.48 |
| 8 | U.S. Bank National Association Bankruptcy Department | $8,629.66 | $0.00 | $1,103.02 |
| 9 | American Express National Bank c/o Becket and Lee LLP | $4,678.16 | $0.00 | $597.95 |
| 10 | Bank of America, N.A. | $11,433.59 | $0.00 | $1,461.41 |
| 11 | Bank of America, N.A. | $14,999.76 | $0.00 | $1,917.22 |
| 12 | Synchrony Bank by AIS InfoSource LP as agent | $6,858.08 | $0.00 | $876.58 |
| 13 | LVNV Funding, LLC Resurgent Capital Services | $14,602.64 | $0.00 | $1,866.47 |
| 14 | Capital One, N.A. | $3,566.02 | $0.00 | $455.80 |
| 15 | Capital One, N.A. | $3,466.31 | $0.00 | $443.05 |
| 16 | Capital One, N.A. | $11,378.71 | $0.00 | $1,454.39 |
| 17 | Synchrony Bank by AIS InfoSource LP as agent | $6,726.97 | $0.00 | $859.82 |

Total to be paid to timely general unsecured claims:     $17,264.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $16,496.76 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 18 | PNC BANK, NATIONAL ASSOCIATION | $16,496.76 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

UST Form 101-7-TFR (5/1/2011)