**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-90576-MPG** |
| | § | |
| **IRA JOHN BISHOP, JR** | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roger L. Prillaman, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

201 South Vine Street, Room 203, Urbana, IL 61802

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection on or about June 25, 2026, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   6-4-2026                                By:   /s/ Roger L. Prillaman
                                                                              Trustee

Roger L. Prillaman
220 W. Main St.
Urbana, IL 61801

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-90576-MPG** |
| | § | |
| **IRA JOHN BISHOP, JR** | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                 $22,612.00
*and approved disbursements of*                 $2,141.80
*leaving a balance on hand of[1]:*                 $20,470.20


Claims of secured creditors will be paid as follows: NONE


Total to be paid to secured creditors:         $0.00
Remaining balance:         $20,470.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Roger L. Prillaman, Trustee Fees | $3,011.20 | $0.00 | $3,011.20 |
| ROGER L PRILLAMAN, Trustee Expenses | $195.00 | $0.00 | $195.00 |
| Robert Nord/Martin Auction Services, LLC, Auctioneer for Trustee Fees | $1,891.80 | $1,891.80 | $0.00 |
| Other: Elizabeth Young, Realtor for Trustee Fees | $250.00 | $250.00 | $0.00 |


Total to be paid for chapter 7 administrative expenses:         $3,206.20
Remaining balance:         $17,264.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $17,264.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:          $0.00
Remaining balance:          $17,264.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $135,068.08 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $17,226.85 | $0.00 | $2,201.88 |
| 2 | Fiscella Facilities Services, LLC | $2,800.00 | $0.00 | $357.89 |
| 3 | Finch Management, LLC | $5,250.00 | $0.00 | $671.04 |
| 4 | Janice Gilmore | $18,614.50 | $0.00 | $2,379.25 |
| 6 | Citadel of Bourbonnais | $2,853.70 | $0.00 | $364.75 |
| 7 | Discover Bank | $1,983.13 | $0.00 | $253.48 |
| 8 | U.S. Bank National Association Bankruptcy Department | $8,629.66 | $0.00 | $1,103.02 |
| 9 | American Express National Bank c/o Becket and Lee LLP | $4,678.16 | $0.00 | $597.95 |
| 10 | Bank of America, N.A. | $11,433.59 | $0.00 | $1,461.41 |
| 11 | Bank of America, N.A. | $14,999.76 | $0.00 | $1,917.22 |
| 12 | Synchrony Bank by AIS InfoSource LP as agent | $6,858.08 | $0.00 | $876.58 |

| | | | | |
|---|---|---|---|---|
| 13 | LVNV Funding, LLC Resurgent Capital Services | $14,602.64 | $0.00 | $1,866.47 |
| 14 | Capital One, N.A. | $3,566.02 | $0.00 | $455.80 |
| 15 | Capital One, N.A. | $3,466.31 | $0.00 | $443.05 |
| 16 | Capital One, N.A. | $11,378.71 | $0.00 | $1,454.39 |
| 17 | Synchrony Bank by AIS InfoSource LP as agent | $6,726.97 | $0.00 | $859.82 |

Total to be paid to timely general unsecured claims:       $17,264.00
Remaining balance:       $0.00

Tardily filed claims of general (unsecured) creditors totaling $16,496.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 18 | PNC BANK, NATIONAL ASSOCIATION | $16,496.76 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:       $0.00
Remaining balance:       $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:       $0.00
Remaining balance:       $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/ Roger L. Prillaman
Trustee

Roger L. Prillaman
220 W. Main St.
Urbana, IL 61801

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act
exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**